928

Association, Inc. *Howard Adler, Jr.* was with them in No. 898. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Charles H. Weston* and *Edna Lingreen* for the United States.

(*See also No. 561, ante, p. 715, and No. 761, ante, p. 716.*)

No. 948. SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY ET AL. *v.* WASHINGTON EX REL. YELLOW CAB SERVICE, INC. Supreme Court of Washington. Certiorari granted. *Samuel B. Bassett* for petitioners. *Herbert S. Little* and *Warren R. Slemmons* for respondent.

No. 828, Misc. TALLEY *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Appellate Department of the Superior Court of California, Los Angeles County, granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 608, Misc. NELSON ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the District Court of Appeal of California, Second Appellate District, granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. L. Wirin, Fred Okrand* and *Nanette Dembitz* for petitioners. *Harold W. Kennedy* for County of Los Angeles, respondent.